UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

PRASHANT VASHISTH, Plaintiff,

v. Civil Action No. 3:26-cv-348-DJH

U.S. CITIZENSHIP AND IMMIGRATION SERVICES et al., Defendants.

* * * * *

# ORDER

Plaintiff Prashant Vashisth having filed a notice of voluntary dismissal without prejudice (Docket No. 10), no answer or motion for summary judgment having been filed by Defendants U.S. Citizenship and Immigration Services, Joseph B. Edlow, and Markwayne Mullin, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1) The defendants' motion to dismiss for failure to state a claim (D.N. 9) is **DENIED** as moot.

(2) This action stands **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and is **CLOSED** and **STRICKEN** from the Court's active docket.

August 6, 2026

**David J. Hale, Chief Judge**
**United States District Court**